# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MAXWELL BENON,

    Plaintiff(s),

v.

KIRT MCMASTER and DOES 1-5,

    Defendant(s).

Case No: 4:20-cv-07793-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3)

    I, Steven M. Cowley, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Maxwell Benon in the above-entitled action. My local co-counsel in this case is Holden Benon (SBN 325847), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>100 High Street<br>Suite 2400<br>Boston, MA  02110-1724 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>One Market Plaza, Spear Street Tower<br>Suite 2200<br>San Francisco, CA  94105-1127 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>+1 857 488 4261 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>+1 415 957 3000 |
| MY EMAIL ADDRESS OF RECORD:<br>smcowley@duanemorris.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>hbenon@duanemorris.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MA BBO 554534.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: January 13, 2021

/s/ Steven M. Cowley

APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Steven M. Cowley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/3/2021

UNITED STATES DISTRICT JUDGE

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1989**, said Court being the highest Court of Record in said Commonwealth:

**Steven M. Cowley**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **December** in the year of our Lord **two thousand and twenty.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116